PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions of Supervision

Name of Offender: Stephan Raheem Norfleet                              Cr.: 05-00509-01

Name of Sentencing Judicial Officer: James A. Beaty, U.S.D.J.

Date of Original Sentence: 12/12/97

Original Offense: Bank Robbery, Bank Robbery with a Dangerous Weapon and Carry & Use of Firearm during Bank Robbery, 18 U.S.C. § 2113(a) & 2, 18 U.S.C. § 2113(d) & 2,18 § U.S.C. 924(c)(1) & 2,

Original Sentence: 97 months custody

Type of Supervision: Supervised release                    Date Supervision Commenced: 10/08/04

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows. The removal of the following special condition:

The defendant shall contribute 50 hours of community service work over a period of or less, from the date probation is granted. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

## CAUSE

Due to the nature of offender's conviction and disability, he is not appropriate or suitable to perform community service.

Respectfully submitted,

By: Janice L. Fink
Senior U.S. Probation Officer
Date: 09/07/06

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

9-18-06
Date