**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

CHRISTOPHER MALONEY
CHIEF PROBATION OFFICER

THOMAS S. LARSON
SUPERVISING PROBATION OFFICER

June 4, 2009

200 FEDERAL PLAZA
ROOM 130
P.O. BOX 2097
PATERSON, NJ 07509-2097
(973) 357-4080
FAX: (973) 357-4092
www.njp.uscourts.gov

Honorable Joseph A. Greenaway, Jr.
U.S. District Court Judge
Martin Luther King Junior Federal Building & Courthouse
PO Box 0999
Newark, N.J. 07102-0999

RECEIVED
JUN 0 9 2009
Joseph A. Greenaway, Jr.
United States District Judge

Re: **Norfleet, Stephen**
Dkt.# 05-CR-00509-01
**Request To Allow Supervision To
Supervision To Expire**

Dear Judge Greenaway:

On December 12, 1997, Norfleet appeared before the Honorable James Beaty Jr., U.S. District Court Judge in the Middle District of North Carolina for sentencing after a plea of guilty to Count 1: Bank Robbery, Count, 2: Bank Robbery with a Dangerous Weapon and Count 3: Carry and Use of a Firearm during a Bank Robbery. He received ninety-seven months custody on Counts 1&2 and sixty months on Count 3, consecutive to Counts 1& 2. A five year term of supervised release was imposed on Cts. 1&2, three years on Ct.3, all counts to run concurrently. Special conditions of supervised release included drug aftercare, community service (later removed as a condition), mental health treatment and restitution of $2,512.00. On August 1, 2005, Your Honor accepted jurisdiction of the case. At this time, we wish to inform the Court that Norfleet's term of supervision will expire with restitution owing and request that it be allowed to do so.

Norfleet was supervised in the D/NJ until December of 2006 at which time supervision was transferred to the Middle District of Florida. He has been cooperative with the terms of his supervision. His only source of income is $637.00 per month that he receives for Social Security Disability. He has a diagnosis of schizophrenia and is unable to work. He has consistently paid $10.00 per month towards his obligation but supervision is due to expire on October 7, 2009. We believe that Norfleet has made a good faith effort to pay restitution and recommend that his term be allowed to expire with the obligation outstanding. Collection with be turned over to the Financial Litigation Unit of the US Attorney's Office.

We would request that Your Honor initial in the spaces provided below as to whether or not you agree with our position. We are available to discuss this matter at any time at the Court's convenience at 973-357-4083.

_[signed]_ ✓ Th Court concurs with the recommendation.

_____ The Court does not concur with the recommendation.

Honorable Joseph A. Greenaway
Page 2
June 4, 2009

        Respectfully Submitted,

        Christopher Maloney
        Chief U.S. Probation Officer

        Thomas S. Larson
        Supervising U.S. Probation Officer